IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHARMMD SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3-11-cv-00255 |
| | ) | |
| DENISE KEHOE and | ) | |
| PERFORMRX, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] LIMITED EXPEDITED DISCOVERY ORDER

WHEREAS, Plaintiff PharmMD Solutions, LLC, has moved for entry of this Limited Expedited Discovery Order (hereinafter "Order") to allow the Parties to conduct limited discovery prior to the April 4, 2011 hearing on Plaintiff's Motion for Temporary Injunction.

IT IS HEREBY ORDERED that the following provisions of this Order regarding limited discovery shall govern, *nunc pro tunc*, and control the limited discovery permitted prior to the April 4, 2011 hearing on Plaintiff's Motion for Temporary Injunction.

1. This Order shall govern limited expedited discovery prior to the April 4, 2011 hearing on Plaintiff's Motion for Temporary Injunction. Fed R. Civ. P. 26 will be waived for the sole purpose of engaging in the limited discovery prior to April 4, 2011 as set forth in this Order.

2. Prior to the Removal of the instant action from the Chancery Court of Davidson County Tennessee to this Court, the Parties propounded limited discovery on each other pursuant to the March 11, 2011 Order of Chancellor Russell T. Perkins, Davidson County Chancery Court. The Parties are ordered to exchange responses to the limited discovery already propounded on the other (by PharmMD to Defendant Kehoe and Defendant PerformRX on

1

March 14, 2011, and by Defendant Kehoe on March 18, 2011), as described in this Paragraph 2, on or before March 30, 2011.

3. Defendant Denise Kehoe is ordered and directed to make herself available for deposition in person in Nashville, Tennessee on April 1, 2011 at 10:00 a.m. at the law offices of Defendant Kehoe's counsel at 424 Church Street, Nashville, TN 37219, consistent with the directive contained in the March 11, 2011 Order by Chancellor Russell T. Perkins, Davidson County Chancery Court prior to this case's removal to this Court.

4. Nothing in this Order waives or is intended to waive the Parties right to engage in future additional discovery after the April 4, 2011 hearing on Plaintiff's Motion for Temporary Injunction in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Entered this 30th day of March, 2011.

_____
JUDGE WILLIAM J. HAYNES, JR.

APPROVED FOR ENTRY:

**ADAMS AND REESE LLP**

s/ Margaret R.T. Myers
C. Timothy Gary (No.15463)
Margaret R.T. Myers (No. 20506)
Rachel K. Ross (No. 27501)
424 Church Street, Suite 2800
Nashville, Tennessee 37219
Telephone: (615) 259-1450
Facsimile: (615) 259-1470
tim.gary@arlaw.com
margaret.myers@arlaw.com
rachel.ross@arlaw.com
*Attorneys for Plaintiff PharmMD Solutions, LLC*