UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHARMMD SOLUTIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 3:11-CV-00255 |
| | : Judge Haynes |
| PERFORMRX, LLC and | : |
| DENISE KEHOE, | : |
| Defendants. | : |

### DEFENDANT DENISE KEHOE'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF HER EMERGENCY MOTION FOR LIMITED EXPEDITED DISCOVERY ORDER

Pursuant to Local Rule 7.01(b), Defendant Denise Kehoe ("Kehoe") respectfully moves this Court for leave to file a Reply Memorandum in Support of her Emergency Motion for Limited Expedited Discovery Order.

As discussed in the accompanying Reply Memorandum, Plaintiff PharmMD Solutions, LLC's ("Plaintiff") arguments fail because, *inter alia*, it fails to recognize that Mr. Bartholomew has necessary information relevant to Kehoe's defenses in this matter, including Plaintiff's wrongful termination of Kehoe, Plaintiff's waiver of the restrictive covenant at issue in this matter (both of which relate to non-enforceability of such restrictive covenant), Plaintiff's failure to file this lawsuit for over seven (7) months after learning of Kehoe's employment with Defendant PerformRx, LLC, and his allowance of Kehoe to download information at the time of termination and take such information with her, which Plaintiff now claims is confidential. In support of her Motion for Leave to File Reply Memorandum, Kehoe attaches her Affidavit dated March 31, 2011 as Exhibit