IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| PHARMMD SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3-11-cv-00255 |
| | ) |
| DENISE KEHOE and | ) JUDGE HAYNES |
| PERFORMRX, LLC, | ) |
| | ) |
| Defendants. | ) |

*[Handwritten annotation: Although a possible issue exists, the motion is DENIED. The parties' counsel shall meet and confer on all discovery issues. If adequate remains, counsel shall file a joint discovery statement regarding them. Different issues. /s/ 4-11-11]*

MOTION TO CLARIFY APRIL 4, 2011 RULING,
FOR LIMITED EXPEDITED DISCOVERY AND ORDER, AND
TO SET HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

Plaintiff PharmMD Solutions, LLC, through its counsel, submit this Motion to Clarify Ruling, For Limited Expedited Discovery Order, and To Set Hearing On Plaintiff's Motion For Temporary Injunction attached hereto as <u>Exhibit 1</u>. In support of this Motion, PharmMD states as follows:

PharmMD has attempted to work with counsel for the Defendants to resolve discovery issues beginning with an invitation by PharmMD's counsel immediately following the hearing on this matter this past Monday, April 4, 2011, which was declined. The parties have exchanged email correspondence this week negotiating the parameters of the limited expedited discovery. PharmMD is not aware of any reason why Defendants would not be amenable to the proposed discovery below based on that correspondence, however, PharmMD has not received a response to its proposed joint motion setting forth the items below and related voice mails and thus, is the interest of time, is proceeding with its own motion.

1