UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHARMMD SOLUTIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 3:11-CV-00255 |
| | : Judge Haynes |
| PERFORMRX, LLC and | : |
| DENISE KEHOE, | : |
| Defendants. | : |

## JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff PharmMD Solutions, LLC, Defendant PerformRx, LLC, and Defendant Denise Kehoe, through undersigned counsel, hereby request that the Court reset the initial case management conference in the above-styled action that is currently scheduled for Monday, June 20, 2011. The parties are engaged in settlement discussions and believe there is a substantial likelihood of settlement of the case. Thus, the parties ask that the Court enter an Order resetting the initial case management conference for mid to late July 2011, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

/s/ Mekesha H. Montgomery w/permission MRTM
Mekesha H. Montgomery (BPR No. 25831)
J. Matthew Kroplin (BPR No. 27363)
FROST BROWN TODD LLC
424 Church Street, Suite 1600
Nashville, TN 37219-2308
(615) 251-5550
(615) 251-5551 (facsimile)
mmontgomery@fbtlaw.com
mkroplin@fbtlaw.com

*Attorneys for Defendant PerformRX*