UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHARMMD SOLUTIONS, LLC, | : |
| Plaintiff, | : |
| | : Case No. 3:11-CV-00255 |
| v. | : |
| | : Judge Haynes |
| PERFORMRX, LLC and | : |
| DENISE KEHOE, | : |
| Defendants. | : |

## AGREED ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT DISCUSSIONS

By agreement of the parties and for good cause shown, the Court hereby ORDERS, ADJUDGES, and DECREES that the Initial Case Management Conference originally scheduled in this matter for July 25, 2011 is to be reset to allow the parties up to 90 days from July 25, 2011 to continue settlement discussions. If the parties are unable to reach an extra-judicial resolution of this case on or before 90 days after July 25, 2011, the parties are to notify the Court at which time the Initial Case Management Conference will be re-set. The parties shall submit a revised Proposed Case Management Order at least three business days before the date of the Initial Case Management Conference. The Proposed Order shall indicate a December 2012 trial date.

IT IS SO ORDERED.

THIS the _2nd_ day of ~~August~~ September, 2011.

_____
DISTRICT COURT JUDGE

APPROVED FOR ENTRY: